Geoffrey R. W. Smith (CSBN 49947)
GRWSLawyer@aol.com
GEOFFREY SMITH PLLC
1350 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 625-1224
Facsimile: (202) 333-1637

Philip S. Beck (Pro Hac Vice to be filed)
philip.beck@bartlit-beck.com
Lindley J. Brenza (Pro Hac Vice to be filed)
lindley.brenza@bartlit-beck.com
Kaspar J. Stoffelmayr (Pro Hac Vice to be filed)
kaspar.stoffelmayr@bartlit-beck.com
Carolyn J. Frantz (Pro Hac Vice to be filed)
carolyn.frantz@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Telephone:  (312) 494-4411
Facsimile:   (312) 494-4440

Duncan Barr (CSBN 49259)
dbarr@ocdb.com
Molly A. Kuehn (CSBN 230763)
mkuehn@ocdb.com
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, CA 94103
Telephone: (415) 281-8888
Facsimile:  (415) 503-4117

Attorneys for Defendant
Bayer Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

---

DEFENDANT BAYER CORPORATION'S
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Peng, D-G; Chiu, Y-F; Lei, C-L, individually and as successor in interest on behalf of Ho, D-W; Su, W-N and Su-Chang, C-H, individually and as successors in interest on behalf of Su, G-Y; Chiu, Y-F, individually and as successor in interest on behalf of Wu, R-H;Yang, D-C,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Bayer Corporation, Successor to Miles Laboratories and Miles, Inc.; Successor to Cutter Biological, and Cutter Laboratories, Inc. and Baxter Healthcare Corporation, and its Hyland Division,<br><br>　　　　　Defendants. | Case No.: CV 08 3704 (JL)<br><br>E-FILED<br><br>**DEFENDANT BAYER CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>U.S. Magistrate Judge James Larson |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 25, 2008　　　　　　　　GEOFFREY SMITH, PLLC

　　　　　　　　　　　　　　　　By  /s/ Geoffrey R. W. Smith
　　　　　　　　　　　　　　　　　　　Geoffrey R. W. Smith

　　　　　　　　　　　　　　　　BARTLIT BECK HERMAN PALENCHAR & SCOTT
　　　　　　　　　　　　　　　　Philip S. Beck (*Pro Hac Vice* to be filed)
　　　　　　　　　　　　　　　　Lindley J. Brenza (*Pro Hac Vice* to be filed)
　　　　　　　　　　　　　　　　Kaspar J. Stoffelmayr (*Pro Hac Vice* to be filed)
　　　　　　　　　　　　　　　　Carolyn J. Frantz (*Pro Hac Vice* to be filed)

　　　　　　　　　　　　　　　　O'CONNOR, COHN, DILLON & BARR
　　　　　　　　　　　　　　　　Duncan Barr
　　　　　　　　　　　　　　　　Molly A. Kuehn

　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　BAYER CORPORATION

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am a member of the bar of this court. My business address is GEOFFREY SMITH PLLC, 1350 I Street, NW, Suite 900, Washington, DC 20005.

On August 25, 2008, I electronically filed the following document(s):

**Defendant Bayer Corporation's Consent To Proceed Before A United States Magistrate Judge**

with the Clerk of the United States District Court for the Northern District of California, Oakland Division, using the CM/ECF system, and deposited copies thereof in the United States mail, first class postage prepaid, to the persons and at the addresses listed below**.**

Michael L. Baum
    BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
    12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025
    Attorney for Plaintiffs

Marilyn Ann Moberg
    REED SMITH LLP
    355 South Grand Avenue, Suite 2900
    Los Angeles, CA 90017
    Attorney for Defendant Baxter Healthcare Corporation

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 25, 2008, at Washington, D.C.

        /s/_Geoffrey R. W. Smith_____
        Geoffrey R.W. Smith